IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FORD MOTOR COMPANY,

    Plaintiff,

v.                                     Civil Action No. 3:12cv839

NATIONAL INDEMNITY COMPANY,

    Defendant.

**ORDER**

Having considered the DEFENDANT NATIONAL INDEMNITY COMPANY'S MOTION TO COMPEL DISCOVERY RESPONSES (Docket No. 30), and it appearing that counsel did not follow the instructions in Section II.B. of the Pretrial Schedule A entered herein, it is hereby ORDERED that the DEFENDANT NATIONAL INDEMNITY COMPANY'S MOTION TO COMPEL DISCOVERY RESPONSES (Docket No. 30) is denied for failure to adhere to that provision.

The substantive matters raised therein were resolved on the record in the way contemplated by Section II.B. of the Pretrial Schedule A at the Initial Pretrial Conference held on February 7, 2013.

It is so ORDERED.

                                                 /s/
                                       Robert E. Payne
                                       Senior United States District Judge

Richmond, Virginia
Date: February 7, 2013