

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| FORD MOTOR COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 3:12-cv-839 |
| v. | ) | |
| | ) | |
| NATIONAL INDEMNITY COMPANY | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970
ON THE TAKING OF EVIDENCE IN CIVIL OR COMMERCIAL MATTERS**

| | | |
|---|---|---|
| 1. | SENDER | George P. Sibley, III, Esq.<br>Hunton & Williams LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219-4074<br>Phone (804) 788-8200<br>*On behalf of Defendant*<br>*National Indemnity Company* |
| 2. | CENTRAL AUTHORITY OF REQUESTED STATE | Niedersächsisches Justizministerium<br>Am Waterlooplatz 1<br>30169 Hannover<br>Phone +49 (511) 120-0 |
| 3. | PERSON TO WHOM THE EXECUTED REQUEST IS TO BE RETURNED | George P. Sibley, III, Esq.<br>HUNTON & WILLIAMS LLP<br>Riverfront Plaza, East Tower<br>951 East Byrd Street<br>Richmond, Virginia 23219-4074 |
| 4. | DATE BY WHICH REQUESTING AUTHORITY REQUIRES RESPONSE | July 19, 2013<br>Discovery for this matter will close on the above date |

**IN CONFORMITY WITH ARTICLE 3 OF THE CONVENTION, THE UNDERSIGNED APPLICANT HAS THE HONOR TO SUBMIT THE FOLLOWING REQUEST:**

| | | |
|---|---|---|
| 5. *a.* | REQUESTING JUDICIAL AUTHORITY | United States District Court<br>Eastern District of Virginia<br>Richmond Division<br>701 East Broad Street<br>Richmond, Virginia 23219<br>United States of America |
| *b.* | TO THE COMPETENT AUTHORITY OF | Niedersächisches Justizministerium<br>Am Waterlooplatz 1<br>30169 Hannover |
| *c.* | NAMES OF THE CASE AND ANY IDENTIFYING NUMBER | Ford Motor Company v. National Indemnity Company<br>Civil Matter No. 3:12-cv-839 |
| 6. | NAMES AND ADDRESSES PARTIES AND THEIR REPRESENTATIVES | Plaintiff:<br>Ford Motor Company<br>One American Road<br>Dearborn, MI 48126-2798<br>United States of America<br><br>Represented by:<br>Scott C. Oostdyk<br>H. Carter Redd<br>J. Tracy Walker, IV<br>Matthew D. Fender<br>Leo J. Boyd<br>McGuireWoods LLP<br>One James Center<br>901 E. Cary Street<br>Richmond, VA 23219<br>United States of America<br><br>Defendant:<br>National Indemnity Company<br>3024 Harney Street<br>Omaha, Nebraska 68131<br>United States of America<br><br>Represented by: |

George P. Sibley, III
Michael S. Levine
Hunton & Williams LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Phone (804) 788-8200

7. NATURE AND PURPOSE OF PROCEEDINGS AND SUMMARY OF FACTS

Ford Motor Company is a Delaware, United States of America corporation, with its principal place of business in Dearborn, Michigan. National Indemnity Company ("NICO") is a Nebraska, United States of America corporation, with its principal place of business in Omaha, Nebraska.

This is a civil action commenced by the filing of a complaint in the United States District Court, Eastern District of Virginia, on November 15, 2012. This action was brought by Ford Motor Company, alleging that NICO tortiously interfered with insurance contracts between HDI-Gerling and Ford Motor Company by directing that certain "non-batch claims" should not be paid. Ford further alleges that NICO violated the Virginia Business Conspiracy Statute by acting with HDI-Gerling to harm Ford's business interest in recovering on certain claims arising under the HDI-Gerling insurance contracts.

NICO disputes all of Ford's allegations, including that NICO directed the "denial" of Ford's claims, and that NICO caused a breach of the insurance contracts at issue (the Aggregate Stop Loss Policies, or "ASLP"). Additionally, NICO raised twenty affirmative defenses, including, among others, that the ASLP are void *ab initio* because of Ford's material misrepresentations at underwriting.

Mr. Yacoub worked for and on behalf of HDI-Gerling during the relevant periods, serving as counsel and/or claims manager for HDI-Gerling.

8. EVIDENCE TO BE OBTAINED OR OTHER JUDICIAL ACT TO BE PERFORMED

The evidence requested herein consists of deposition testimony of John Yacoub.

9. IDENTITY AND ADDRESS OF PERSON(S) TO BE EXAMINED

Mr. John Yacoub
HDI-Gerling Industrie Versicherung AG
Haftpflichversicherung Schaden Ausland
Reithorst 2
Hannover, Germany 30659

10. STATEMENT OF THE SUBJECT MATTER ABOUT WHICH THE PERSONS NAMED IN PARAGRAPH 6 ARE TO BE EXAMINED

Upon information and belief, John Yacoub is the only available source of information regarding his individual involvement in claims handling and claims monitoring responsibilities, including the ASLP claims, for HDI-Gerling. NICO seeks to obtain Mr. Yacoub's testimony for use at trial on these issues.

11. OATH OR AFFIRMATION

This requests that the persons identified in paragraph 6 be examined under oath.

12. SPECIAL METHODS OR PROCEDURE

Pursuant to Articles 3(i) and 9, we hereby request that the examinations be conducted by the attorney for National Indemnity Company with cross-examination by the attorney for Ford Motor Company listed in paragraph 3, and that a verbatim transcript of the examination be transcribed by a court reporter whom we will provide. We request that the depositions be held before July 19, 2013, depending on the availability.

13. REQUEST FOR ATTENDANCE OR PARTICIPATION OF JUDICIAL PERSONNEL

We request that counsel for Ford Motor Company and National Indemnity Company, as identified in paragraph 3, be allowed to attend the examinations and inspection.

14. SPECIFICATION OF PRIVILEGE OF DUTY TO REFUSE TO GIVE EVIDENCE

Pursuant to Article 11(b), Mr. Yacoub may claim privilege and refuse to testify to communications that fall within the attorney-client privilege or the attorney work product doctrine.

15. DATE OF REQUEST             May 28, 2013

16. SIGNATURE AND SEAL OF
    THE REQUESTING AUTHORITY    *Robert E. Payne* (signature)
                                Robert E. Payne
                                Senior United States District Judge

This Seal is to attest the authenticity of the record and is in accordance with the laws of the United States.