IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FORD MOTOR COMPANY,

    Plaintiff,

v.                                    Civil Action No. 3:12CV839

NATIONAL INDEMNITY COMPANY,

    Defendant.

### ORDER

This matter is before the Court on defendant National Indemnity Company ("NICO")'s oral motion to compel responses to Requests for Production Nos. 47, 50, 59, and 60. For the reasons set forth on the record on May 29, 2013, NICO's oral motion to compel responses to Requests for Production Nos. 47, 50, 59, and 60 is granted, and plaintiff Ford Motor Company ("Ford")'s objection is overruled. Ford shall produce the documents no later than June 14, 2013, except for documents that are subject to a confidentiality agreement between Ford and the Zurich entities (Zurich Re (U.K.) Limited, Zurich Insurance Company, Switzerland, Zurich Specialties London Limited, American Guarantee and Liability Company, and Steadfast Insurance Company, collectively defined as "Zurich"). As to those documents, Ford shall give notice to Zurich that it will produce the documents by June 21, 2013 unless Zurich has, by June 14,

2

2013, filed a motion for protective order. Counsel for Ford shall send a copy of this Order to Zurich.

It is so ORDERED.

Richmond, Virginia  
May 3/, 2013

/s/ REP  
Robert E. Payne  
Senior United States District Judge