IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FORD MOTOR COMPANY,

    Plaintiff,

v.                                      Civil Action No. 3:12CV839

NATIONAL INDEMNITY COMPANY,

    Defendant.

**ORDER**

This matter is before the Court on defendant National Indemnity Company ("NICO")'s MOTION FOR PROTECTIVE ORDER (Docket No. 55). For the reasons set forth on the record on May 29, 2013, NICO's MOTION FOR PROTECTIVE ORDER (Docket No. 55) is denied. With regard to the categories for which NICO sought the protective order, NICO shall produce the documents responsive to Requests for Production Nos. 5 and 6 and shall answer the queries posed in Interrogatory No. 9, which discovery requests are specifically mentioned in NICO's MOTION FOR PROTECTIVE ORDER, and to the extent that such documents are called for in Requests for Production Nos. 1, 2, 3, 4, 8, 10, 11, 13, and 15 of Ford's First Requests for Production and that such queries are posed in Interrogatory No. 1 of Ford's First Interrogatories and Interrogatory No. 6 of Ford's Second Interrogatories, those

1

documents shall be produced and queries answered, all no later than June 14, 2013. However, NICO shall not be required to produce the 55 documents it submitted to the Court in camera for review of privilege claims. As to those documents, Ford shall file its motion to compel by June 7, 2013, NICO shall file its response by June 18, 2013, and Ford shall file its reply by June 21, 2013.

It is so ORDERED.

Richmond, Virginia
May 31, 2013

/s/ REP
Robert E. Payne
Senior United States District Judge