**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

FORD MOTOR COMPANY,

     Plaintiff,

v.                      Civil Action No. 3:12CV839

NATIONAL INDEMNITY COMPANY,

     Defendant.

**ORDER**

This matter is before the Court on DEFENDANT NATIONAL INDEMNITY COMPANY'S MOTION FOR LEAVE TO FILE A SUPPLMENTAL BRIEF IN OPPOSITION TO FORD'S MOTION FOR SANCTIONS (Docket No. 136)("Motion for Leave"). NICO seeks leave of Court to file a supplemental brief that clarifies and corrects an inaccurate assertion in its opposition to Ford's motion for sanctions.

Ford does not oppose the Motion for Leave, and NICO has shown good cause to set the record straight and, therefore, the Motion for Leave is granted. NICO is directed to file its supplemental brief, previously attached as Exhibit 1 to Docket No. 136. Ford will be permitted to file a response to the assertions and arguments in NICO's supplemental brief. Ford's response shall be filed no later than July 9, 2013.

It is so ORDERED.

                        /s/  REP
                      _____
Richmond, Virginia     Robert E. Payne
June 26, 2013        Senior United States District Judge