IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FORD MOTOR COMPANY,

    Plaintiff,

v.                               Civil Action No. 3:12CV839

NATIONAL INDEMNITY COMPANY,

    Defendant.

**ORDER**

Confirming the verbal instructions of the Court set forth on the record during the telephonic conference on June 26, 2013, it is hereby ORDERED that:

1. The Court shall hear oral argument on the ripe pending motions on July 12, 2013 at 10:00 a.m.; and

2. Ford's proposed motion to compel respecting the identities of insureds shall be filed no later than June 28, 2013; NICO's response shall be filed no later than July 11, 2013; and Ford's reply shall be filed no later than July 15, 2013; the parties may change these deadlines in order for this motion to be ripe on July 12, 2013 provided that (1) they agree on the new deadlines, and (2) the reply brief is filed no later than July 10, 2013 at 10:00 a.m.

It is so ORDERED.

                                                  /s/

Richmond, Virginia       Robert E. Payne
June 26, 2013             Senior United States District Judge