IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

FORD MOTOR COMPANY,

    Plaintiff,

v.                                Civil Action No. 3:12cv839

NATIONAL INDEMNITY COMPANY,

    Defendant.

### ORDER

For the reasons set out in a forthcoming Memorandum Opinion, it is hereby ORDERED that DEFENDANT NATIONAL INDEMNITY COMPANY'S MOTION TO COMPEL THE DEPOSITION OF SCOTT C. OOSTDYK, ESQ. (Docket No. 113) is denied at this time. It is further ORDERED that, by, 5:00 PM, E.D.T., Friday, July 26, 2013, counsel for Ford Motor Company shall advise counsel for National Indemnity Company whether Mr. Oostdyk will be called to testify at trial. If he is to be called as a witness at trial, he can be deposed immediately.

    It is so ORDERED.

                                          /s/    REP
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: July 22, 2013