IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FORD MOTOR COMPANY,

    Plaintiff,

v.                         Civil Action No. 3:12cv839

NATIONAL INDEMNITY COMPANY,

    Defendant.

### ORDER

Having reviewed the plaintiff's MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 253), and for good cause shown, it is hereby ORDERED that the plaintiff's MOTION TO FILE DOCUMENTS UNDER SEAL (Docket No. 253) is granted. It is further ORDERED that the Clerk shall file FORD'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT NATIONAL INDEMNITY COMPANY'S MOTION TO DISQUALIFY FORD'S LEAD TRIAL COUNSEL and certain exhibits thereto under seal.

It is so ORDERED.

                                    /s/      REV
                          Robert E. Payne
                          Senior United States District Judge

Richmond, Virginia
Date: August 7, 2013